UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Hayden AI Technologies, Inc., <br><br>                       Plaintiff, <br><br>        -against- <br><br> Safe Fleet Holdings LLC et al., <br><br>                     Defendants. | 26-mc-144 (AS) <br><br> <u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

      For the reasons stated on the record during the April 20, 2026 hearing, the motion to quash is transferred under Federal Rule of Civil Procedure 45(f) to the Eastern District of New York as the issuing court (case no. 23-cv-3471).

      The Clerk of Court is respectfully directed to transfer the motion and close this case.

      SO ORDERED.

Dated:  April 21, 2026
       New York, New York

                                              _____

                                                 ARUN SUBRAMANIAN
                                       United States District Judge